FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 26, 2023

No. 04-22-00395-CR

Sean Dominic **MCCAULIFFE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR3471
Honorable Melisa C. Skinner, Judge Presiding

## O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
Liza A. Rodriguez, Justice
Lori I. Valenzuela, Justice

Appellant's third motion for an extension of time to file his brief is GRANTED. Appellant's brief is due on or before **February 22, 2023**. **NO FURTHER EXTENSIONS WILL BE GRANTED.**

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of January, 2023.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court